# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRAYER & DELIVERANCE MINISTRIES<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY | Civil Action No. 2:24-cv-00604 |

## ORDER TO SETTLE, DISCONTINUE AND END

The above-captioned matter, having been resolved by and between the parties, is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice and without costs against either party.

WHEELER, DIULIO & BARNABEI, P.C.                ZELLE, LLP

BY:   /s/*Gabrielle Beers*_____        BY:   */s/ Jonathan MacBride*_____
     GABRIELLE BEERS, ESQUIRE              JONATHAN MACBRIDE, ESQUIRE
     Attorney ID:  332006                   Attorney ID:  77177
     1650 Arch Street                       2929 Arch Street
     Suite 2200                             Suite 1700
     Philadelphia, PA  19103                The Cira Centre
     Phone: (215) 971-1000                  Philadelphia, PA  19104
     *Attorney for Plaintiff*               Phone: (484) 532-5341
                                            *Attorney for Defendant*